D. D. COBURN ET AL., APPELLEES, V. WILLIAM A. BOLTON,
APPELLANT.

FILED APRIL 18, 1907.   No. 14,743.

Trial: DIRECTING VERDICT.   Action of the trial court in directing a
verdict for the plaintiffs sustained for the reasons set forth in
*Bolton v. Coburn, ante,* p. 731.

APPEAL from the district court for Dixon county: GUY
T. GRAVES, JUDGE.   *Affirmed.*

*J. V. Pearson,* for appellant.

*M. H. Dodge, C. A. Irwin, C. A. Kingsbury* and *Charles
A. Dickson, contra.*

OLDHAM, C.

This was an action of replevin, in which plaintiffs
claimed a special ownership in the goods replevied under
a chattel mortgage.   The execution of the notes and mort-
gage was admitted.   It was also admitted that there was,
due on the notes and mortgage the sum of $128.   The de-
fense relied on was a claim of payment of the notes and
mortgage under a contract for the purchase of the
Schweichler land.   The evidence in support of this de-
fense was identically the same as that reviewed and passed
upon in the case of *Bolton v. Coburn, ante,* p. 731.   At the
close of the testimony the court directed a verdict for the
plaintiffs for the amount due on their notes and mort-
gage, and from the judgment entered on the verdict the de-
fendant appeals.

For the reasons stated in the opinion in the case of
*Bolton v. Coburn, supra,* we recommend that the judgment
of the district court be affirmed.

AMES and EPPERSON, CC., concur.

By the Court: For the reasons given in the foregoing
opinion, the judgment of the district court is

AFFIRMED.